IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| MICHELLE TYLER-SIMMS <br> Individually <br> And as Parent and Next Friend of <br> SUMMER TYLER-SIMMS, Minor <br> 804 Blake Drive <br> Forest Hill, MD 21050 <br><br> Plaintiffs <br> vs. <br><br> VINEYARD VINES RETAIL, LLC <br> 37 Brown House Road <br> Stamford, CT 06902 <br><br> SERVE: Registered Agent: <br> Cogency Global Inc. <br> 250 Browns Hill Court <br> Midlothian, VA 23114-9510 <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> Case No. <br> * <br> * <br> * <br> * <br> * <br> * |

## COMPLAINT

Plaintiff, by and through counsel, sues the Defendant and for a cause of action alleges as follows:

1.  Plaintiff Michelle Tyler-Simms is an adult citizen of the United States and a resident of Harford County, Maryland.

2.  Plaintiff, Summer Tyler-Simms, is a minor citizen of the United States and a resident of the Harford County, Maryland; she is the minor daughter of Michelle Tyler-Simms.

3.  Vineyard Vines Retail, LLC is a Limited Liability Company doing business in Leesburg, Virginia at all times hereinafter mentioned.

4.  Vineyard Vines Retail, LLC does business in Montgomery County, Maryland operating a retail operation at 7101 Democracy Boulevard, Bethesda, Maryland 20817

-1-

deriving economic benefits from Montgomery County, Maryland.

5. On or about August 4, 2018, Plaintiff, Michelle Tyler-Simms and her minor daughter, Plaintiff, Summer Tyler-Simms were business invitees at the Vineyard Vines Retail, LLC retail store located at 241 Fort Evans Road NE, Suite 901C, Leesburg, Virginia.

6. This Court possesses personal jurisdiction over the Defendant Pursuant to Sections 6-102(a) and 6-103(b) of the Courts & Judicial Proceedings Article.

7. Venue is proper pursuant to Section 6-201 of the Courts & Judicial Proceedings Article.

## COUNT I

### (Michelle Tyler-Simms v. Vineyard Vines Retail, LLC)

8. Plaintiffs' incorporate herein by reference the allegations contained in paragraphs one (1) through seven (7).

9. On August 4, 2018, Plaintiff, Michelle Tyler-Simms along with her minor daughter Summer Tyler-Simms were customers and a business invitee at an Vineyard Vines Retail, LLC located at 241 Fort Evans Rd NE, Leesburg, VA 20176 at the Leesburg Premium Outlets. While standing in an aisle at the Vineyard Vines, a picture frame fell off a shelf and struck the Plaintiffs causing serious injuries as a direct result of this incident. The Plaintiff, Michelle Tyler-Sims was at all times in the exercise of due care and in no way contributed to the incident.

10. At the time of the picture falling and striking Plaintiff Michelle Tyler-Simms, Defendant owed the Plaintiff, Michelle Tyler-Simms, a duty to use ordinary care in maintaining the premises under its control in a reasonably safe condition. This duty included, but was not limited to, inspecting, maintaining and repairing the premises. This duty further required the

Defendant to correct any dangerous and defective conditions which existed on the subject premises and to warn persons such as the Plaintiff, Michelle Tyler-Simms, of any dangerous and defective conditions of which it was aware or which it reasonably should have been aware.

11. Defendant breached these duties when, with full knowledge, it allowed an unstable object to hang and be displayed from a wall on Defendant's premises thereby exposing Plaintiff, Michelle Tyler-Simms, to a dangerous and defective condition. The Defendant further breached these duties by failing to warn the Plaintiff of the dangerous and defective condition which existed on the premises.

12. As a direct and proximate consequence of Defendant's breaches of duty, Plaintiff, Michelle Tyler-Simms, sustained serious and grievous personal injuries, some of which are permanent in nature. In addition, she has and will continue to endure great pain and suffering of both body and mind, nervousness and anxiety; has and will continue to incur medical and out-of-pocket expenses; has lost and will continue to lose time, wages and benefits from her employment; and has and will be otherwise damaged in the future.

WHEREFORE, Plaintiff, Michelle Tyler-Simms, demands judgment against Defendant in an amount that exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for economic damages plus interest and costs.

## COUNT II

**(Michelle Tyler-Simms, as Parent and Next Friend of Summer Tyler-Simms, a minor v. Vineyard Vines Retail, LLC)**

13. Plaintiffs' incorporate herein by reference the allegations contained in paragraphs one (1) through twelve (12).

14. On August 4, 2018, Plaintiff, Michelle Tyler-Simms along with her minor

daughter Summer Tyler-Simms were customers and a business invitee at an Vineyard Vines Retail, LLC located at 241 Fort Evans Rd NE, Leesburg, VA 20176 at the Leesburg Premium Outlets. While standing in an aisle at the Vineyard Vines, a picture frame fell off a shelf and struck the Plaintiffs causing serious injuries as a direct result of this incident. The Plaintiff, Summer Tyler-Sims was at all times in the exercise of due care and in no way contributed to the incident.

15. At the time of the picture falling and striking Plaintiff Summer Tyler-Simms, Defendant owed the Plaintiff, Summer Tyler-Simms, a duty to use ordinary care in maintaining the premises under its control in a reasonably safe condition. This duty included, but was not limited to, inspecting, maintaining and repairing the premises. This duty further required the Defendant to correct any dangerous and defective conditions which existed on the subject premises and to warn persons such as the Plaintiff, Summer Tyler-Simms, of any dangerous and defective conditions of which it was aware or which it reasonably should have been aware.

16. Defendant breached these duties when, with full knowledge, it allowed an unstable object to hang and be displayed from a wall on Defendant's premises thereby exposing Plaintiff, Summer Tyler-Simms, to a dangerous and defective condition. The Defendant further breached these duties by failing to warn the Plaintiff of the dangerous and defective condition which existed on the premises.

17. As a direct and proximate consequence of Defendant's breaches of duty, Plaintiff, Summer Tyler-Simms, sustained serious and grievous personal injuries, some of which are permanent in nature. In addition, she has and will continue to endure great pain and suffering of both body and mind, nervousness and anxiety; has and will continue to incur medical and out-of-pocket expenses; and has and will be otherwise damaged in the future.

WHEREFORE, Plaintiff, Michelle Tyler-Simms, as Parent and Next Friend of Summer Tyler-Simms, a Minor, demands judgment against Defendant in an amount that exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) for economic damages plus interest and costs.

                        Respectfully submitted

                        ROSENBERG & FAYNE LLP

By: _____
       Eric F. Rosenberg
       CPF #9312160110
       5400 Kenilworth Avenue
       Riverdale, Maryland 20737
       (301) 864-2900
       erosenberg@rosenberg-fayne.com
       Attorney for the Plaintiff

## JURY DEMAND

Plaintiffs' demand a trial by jury on all issues herein.

_____
Eric F. Rosenberg, Esq.
Attorney for Plaintiff

IN THE CIRCUIT COURT FOR Montgomery County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS**

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT     CASE NUMBER _____ (Clerk to insert)

CASE NAME: Michelle Tyler-Simms, et al (Plaintiff) vs. Vineyard Vines Retail, LLC (Defendant)

PARTY'S NAME: Michelle Tyler-Simms
PARTY'S ADDRESS: 804 Blake Drive, Forest Hill, MD 21050     PHONE: _____ (Daytime phone)
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Eric F. Rosenberg     PHONE: 301-864-2900
PARTY'S ATTORNEY'S ADDRESS: 5400 Kenilworth Avenue, Riverdale Park, MD 20737
PARTY'S ATTORNEY'S E-MAIL: erosenberg@rosenberg-fayne.com

JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☒ No     If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL: _____ hours or __2__ days

### PLEADING TYPE

New Case: ☒ Original     ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 11/2016)     Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |||||
|---|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property ||
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property ||
| ☐ Appointment of Receiver | ☐ Expungement | ☒ Liability | ☐ Specific Performance ||
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis ||
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution ||
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property ||
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages ||
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus ||
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus ||
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession ||
| ☒ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order |||
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment |||

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☒ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000    ☐ $10,000 - $30,000    ☒ $30,000 - $100,000    ☐ Over $100,000 |
| ☐ Medical Bills $ 31,157+    ☐ Wage Loss $ tbd    ☐ Property Damages $ _____ |

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)<br>A. Mediation    ☐ Yes ☒ No            C. Settlement Conference    ☐ Yes ☒ No<br>B. Arbitration    ☐ Yes ☒ No            D. Neutral Evaluation         ☐ Yes ☒ No |

| SPECIAL REQUIREMENTS |
|---|
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041** |
| ☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |

| ESTIMATED LENGTH OF TRIAL |
|---|
| *With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*<br>*(Case will be tracked accordingly)* |
| ☐ 1/2 day of trial or less          ☐ 3 days of trial time<br>☐ 1 day of trial time                ☐ More than 3 days of trial time<br>☒ 2 days of trial time |

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.* |
| ☐ **Expedited** - Trial within 7 months    ☐ **Standard** - Trial within 18 months of<br>of Defendant's response                                       Defendant's response |
| EMERGENCY RELIEF REQUESTED |

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-202, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

7/9/2020
Date

5400 Kenilworth Avenue
Address

Riverdale Park, MD 20737
City, State, Zip

Signature of Counsel / Party

Eric F. Rosenberg CPF9312160110
Printed Name

CC-DCM-002 (Rev. 11/2016)                Page 3 of 3

# Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850

## ADMINISTRATIVE NOTICE

You have received the attached notice and/or Order of the Court from the Circuit Court for Montgomery County.

Due to the COVID-19 pandemic, many court proceedings are being held remotely. This means it is possible that your court appearance may be by telephone or videoconference.

If you are represented by an attorney, please contact him or her to determine whether you need to personally appear in court.

If you are not represented by an attorney, please contact the Montgomery County Circuit Court Assignment Office at 240-777-9000 to determine whether your personal appearance is required at the courthouse on the day(s) in question. Please be sure the Court is provided with an email address and/or telephone number where you can be reached.

*Robert A. Greenberg*
Robert A. Greenberg,
County Administrative Judge

IN THE CIRCUIT COURT FOR ............................................................................................
                                                            (City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☐PLAINTIFF  ☐DEFENDANT   CASE NUMBER  482753-V
                                                        (Clerk to insert)

CASE NAME: ........................................................... vs. ...........................................................
                            Plaintiff                                                          Defendant

PARTY'S NAME: ...................................................................... PHONE: ..................................

PARTY'S ADDRESS: ...........................................................................................................................

PARTY'S E-MAIL: ................................................................................................................................

If represented by an attorney:

PARTY'S ATTORNEY'S NAME: ............................................................. PHONE: ..................................

PARTY'S ATTORNEY'S ADDRESS: ...................................................................................................

PARTY'S ATTORNEY'S E-MAIL: ........................................................................................................

JURY DEMAND?  ☐Yes  ☐No

RELATED CASE PENDING?  ☐Yes  ☐No   If yes, Case #(s), if known: .......................................

ANTICIPATED LENGTH OF TRIAL?:  ....... hours  ....... days

### PLEADING TYPE

New Case:     ☐ Original          ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: _____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)                         Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

☐ Abatement            ☐ Earnings Withholding   ☐ Judgment-Interest          ☐ Return of Property
☐ Administrative Action ☐ Enrollment            ☐ Judgment-Summary           ☐ Sale of Property
☐ Appointment of Receiver ☐ Expungement         ☐ Liability                  ☐ Specific Performance
☐ Arbitration          ☐ Findings of Fact       ☐ Oral Examination           ☐ Writ-Error Coram Nobis
☐ Asset Determination  ☐ Foreclosure            ☐ Order                      ☐ Writ-Execution
☐ Attachment b/f Judgment ☐ Injunction          ☐ Ownership of Property      ☐ Writ-Garnish Property
☐ Cease & Desist Order ☐ Judgment-Affidavit     ☐ Partition of Property      ☐ Writ-Garnish Wages
☐ Condemn Bldg         ☐ Judgment-Attorney Fees ☐ Peace Order                ☐ Writ-Habeas Corpus
☐ Contempt             ☐ Judgment-Confessed     ☐ Possession                 ☐ Writ-Mandamus
☐ Court Costs/Fees     ☐ Judgment-Consent       ☐ Production of Records      ☐ Writ-Possession
☐ Damages-Compensatory ☐ Judgment-Declaratory   ☐ Quarantine/Isolation Order
☐ Damages-Punitive     ☐ Judgment-Default       ☐ Reinstatement of Employment

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☐ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation      ☐ Yes   ☐ No         C. Settlement Conference   ☐ Yes   ☐ No
B. Arbitration    ☐ Yes   ☐ No         D. Neutral Evaluation      ☐ Yes   ☐ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

| ESTIMATED LENGTH OF TRIAL |
|---|

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.   *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time             ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ Expedited- Trial within 7 months of Defendant's response          ☐ Standard - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*<br><br>☐ Expedited - Trial within 7 months of Defendant's response        ☐ Standard - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

| CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE) | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

| CIRCUIT COURT FOR BALTIMORE COUNTY | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

_____  _____
Date                                   Signature of Counsel / Party

_____  _____
Address                             Printed Name

_____
City     State     Zip Code

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3